IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC., LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendants.<br>———————————————————/ | No. C 16-00963 WHA<br><br>**ORDER RE STIPULATION TO DISMISS DEFENDANT APPLE INC.** |

    The parties filed a stipulation seeking to dismiss all claims against defendant Apple Inc. without prejudice, with the parties to bear their own attorney's fees and costs related to the stipulation and dismissal. The stipulation is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: May 10, 2016.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE