1  **RIMAC MARTIN, P.C.**
   Anna M. Martin– CSBN 154279
2  amartin@rimacmartin.com
   1051 Divisadero Street
3  San Francisco, CA  94115
   Telephone:  (415) 561-8440
4  Facsimile:   (415) 561-8430

5  *Attorneys for Defendant*
   LIFE INSURANCE COMPANY OF
6  NORTH AMERICA

7
   DELFINO GREEN & GREEN
8  William Green – CSBN 129816
   1010 B Street, Suite 320
9  San Rafael, CA  94901
   Telephone:  (415) 442-4646
10
   *Attorneys for Plaintiff*
11 MICHAEL WILLIAMS

12

13              **UNITED STATES DISTRICT COURT**

14          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15

16 | MICHAEL WILLIAMS | ) Case No. **3:16-cv-00963-WHA** |
17 | Plaintiff, | ) **STIPULATION OF DISMISSAL WITH PREJUDICE OF LIFE INSURANCE COMPANY OF NORTH AMERICA AND ORDER THEREON** |
18 | v. | |
19 | APPLE INC., LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
20 | Defendants. | |

23

24    Plaintiff Michael Williams ("Plaintiff") and Defendant Life Insurance Company of North

25 America ("LINA") have reached a resolution of this matter.  The parties agree to dismiss this

26 action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a).

27

28                                           1
   **STIP. OF DISMISSAL WITH PREJUDICE OF LIFE INSURANCE COMPANY OF NORTH AMERICA
   AND ORDER THEREON**
   CASE NO. 3:16-cv-00963-WHA

The parties shall bear their own respective attorney fees and costs of suit

**RIMAC MARTIN, P.C.**

DATED: September 6, 2016      By:      */s/ Anna M. Martin*
                                        ANNA M. MARTIN
                                        Attorneys for Defendant
                                        LIFE INSURANCE COMPANY OF
                                        NORTH AMERICA

**DELFINO, GREEN & GREEN**

DATED:  September 6, 2016     By:      */s/ William Green*
                                        WILLIAM GREEN
                                        Attorney for Plaintiff
                                        MICHAEL WILLIAMS

**IT IS SO ORDERED:**

September 6, 2016.            _____
                              HON. WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE

---

2

**STIP. OF DISMISSAL WITH PREJUDICE OF LIFE INSURANCE COMPANY OF NORTH AMERICA
AND ORDER THEREON**
CASE NO. 3:16-cv-00963-WHA